UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-15
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:98-cr-00520-PJM-2<br>8:05-cv-03180-PJM |
| Date notice of appeal filed in originating court: | 08/26/2016 |
| Appellant (s) | Dustin John Higgs |
| Appellate Case Number | 16-15 |
| Case Manager | RJ Warren<br>804-916-2702 |