No. 16-15

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**DUSTIN JOHN HIGGS'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE HIS OPENING BRIEF AND APPENDIX**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death, moves for a short, fourteen day extension of time in which to file his Opening Brief and Appendix. In support of this Motion, he states the following.

1. This is an appeal from the denial of a motion for relief under Fed. R. Civ. P. 60(d) in a § 2255 capital habeas corpus case. The District Court denied the Rule 60(d) motion and, following a remand from this Court, also denied a Certificate of Appealability.

2. On November 22, 2016, this Court issued a Briefing Order, pursuant to which the opening brief and appendix are due on January 3, 2017. ECF No. 5. Undersigned counsel need a short extension of time for the following reasons.

3. The due date falls the day after the observed date for the New Year's holiday, and just a week after the Christmas holiday. Undersigned counsel plans to spend a few days with family over the holidays, but that will be almost impossible with the current schedule.

4. Undersigned counsel also has a particularly busy schedule during the month of December. In another capital § 2255 case – *Sanchez v. United States*, No. 16-cv-80693 (S.D. Fla.), counsel must file a combined reply and memorandum of law, as well as a response to an order to show cause, on December 15, 2016. On December 20, 2016, counsel must appear in Miami, Florida for a hearing on discovery and other matters in the same case.

5. The combination of the holidays, the required briefing and appearance in *Sanchez*, and counsel's obligations to other death sentenced prisoners, make a short extension of time necessary for counsel to prepare and file a professionally appropriate brief and appendix in this case.

6. Undersigned counsel has informed James A. Crowell IV, Esq., and Deborah Johnston, Esq., counsel for the government, of the intended filing of this

motion.  Ms. Johnston has authorized undersigned counsel to represent that the government does not oppose granting the requested relief.

WHEREFORE, Mr. Higgs respectfully requests that he be granted a fourteen day extension of time, until January 17, 2017, in which to file his opening brief and appendix.

Respectfully Submitted,


/s/ Matthew C. Lawry                                              /s/ Stephen H. Sachs

Matthew C. Lawry                                  Stephen H. Sachs
Federal Community Defender Office                     WilmerHale LLP
   for the Eastern District of Pennsylvania              Five Roland Mews
Curtis Center, Suite 545-West                      Baltimore, MD 21210
601 Walnut Street                                  (410) 532-8405
Philadelphia, PA 19106                             Steve.Sachs@wilmerhale.com
215-928-0520
Matthew_Lawry@fd.org


Dated:        December 2, 2016

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 2d day of December, 2016, I

electronically filed the foregoing motion using the Court's CM/ECF system.

Electronic notice will be provided to the following individuals:

James A. Crowell IV
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

Debra Lynn Dwyer
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD  21201-0000

/s/ Matthew C. Lawry
Matthew C. Lawry