UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-15
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the opening brief and appendix to January 17, 2017.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk