UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-15
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's motion for certificate of appealability and preliminary brief filed pursuant to this Court's Local Rule 22(a), the Court denies a certificate of appealability and dismisses the appeal.

Entered at the direction of Judge Traxler with the concurrence of Judge Shedd and Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk