UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-15
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

　　　　Defendant - Appellant

_____

O R D E R

_____

　　　　The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

　　　　Entered at the direction of the panel: Judge Traxler, Judge Shedd, and Judge Keenan.

　　　　　　　　　　For the Court

　　　　　　　　　　/s/ Patricia S. Connor, Clerk