# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 11, 2017

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219



Re:  Dustin John Higgs
     v. United States
     Application No. 17A52
     (Your No. 16-15)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on July 11, 2017, extended the time to and including September 18, 2017.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris, Clerk**

by

Clayton Higgins
Case Analyst