# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

September 22, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Dustin John Higgs
         v. United States
         No. 17-6085
         (Your No. 16-15)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2017 and placed on the docket September 22, 2017 as No. 17-6085.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst